Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 30, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed September 30, 2004.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00846-CV

____________

 

IN RE ROY LEE MOORES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On August 31, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  

Relator has not established that he is
entitled to mandamus relief.  He has not
fully complied with Texas Rules of Appellate Procedure 52.3 and 52.7.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed September 30, 2004.

Panel consists of
Justices Yates, Edelman, and Guzman.